# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Arthur E. Schlichter<br><br>*Defendant* | )<br>)<br>) Case No. 2:11-CR-223<br>)<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 03/23/2023

*Defendant's signature*

*Signature of defendant's attorney*

Steven S. Nolder (0037795)
*Printed name and bar number of defendant's attorney*

65 E. State Street, Suite 200
Columbus, OH 43215

*Address of defendant's attorney*

snolder9@gmail.com
*E-mail address of defendant's attorney*

614-221-9790
*Telephone number of defendant's attorney*

614-358-3598
*FAX number of defendant's attorney*