UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-  Case No.  2:11-cr-223

**Arthur Schlichter**

COURTROOM   MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | March 24, 2023 At 1:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Noah Litton |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Steven Nolder |
| INTERPRETER: | | Pretrial/Probation | |

Initial Appearance on Supervised Release Violation Petition/Warrant

-Dft consents to hearing via video conference
-Dft advised of rights and allegations in the petition
-Dft remains on previously imposed conditions of release