# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| vs. | : | Case No. 2:11-cr-223 |
| | : | Judge Michael H. Watson |
| | : | Magistrate Judge Chelsey M. Vascura |
| **ARTHUR E. SCHLICHTER,** | : | |
| **Defendant.** | : | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that the Defendant (or the Juvenile), after consultation with counsel, has consented to the use of video conferencing to conduct the proceedings held today.

Accordingly, the proceeding held on this date may be conducted by:

__X__ video teleconference

____ teleconference, because video teleconferencing is not reasonably available for the following reasons:

    ____ that the defendant is detained at a facility that is lacking video teleconferencing capability.

    ____ other.

**IT IS SO ORDERED.**

**Dated: March 24, 2023**　　　　　　　　　　_s/*Chelsey M. Vascura*_
　　　　　　　　　　　　　　　　　　　　　　**Chelsey M. Vascura**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**